IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN TYLER HERMAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. CIV-21-1038-SLP ) |
| SIG SAUER, INC., | ) ) |
| Defendant. | ) |

RECUSAL ORDER

Pursuant to 28 U.S. C. § 455, I recuse from the above-referenced case and direct the Clerk of the Court to place this case number in the random draw for reassignment to another judge of this court.

IT IS SO ORDERED this 26th day of October, 2021

*[signature]*
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE