# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TYLER HERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. CIV-21-1038-R |
| | ) |
| SIG SAUER, INC. , | ) |
| | ) |
| Defendant. | ) |

## ORDER

On November 5, 2020, this Court allowed Plaintiff to dismiss his case without prejudice, on the condition that upon refiling he would be required to pay any duplicative fees incurred by Defendant [Case No. CIV-20-94, Doc. 29].

On October 25, 2021, Plaintiff refiled this case, substantially the same as the prior action. On January 24, 2022, Defendant filed a motion asking the Court to require Plaintiff to pay $4,294.00 (the anticipated duplicative fees) prior to proceeding [Doc. 27]. Plaintiff has not responded to the motion.

The Court has examined the fee request and determines that it is reasonable. Plaintiff shall pay $4,294.00 to Defendant within 30 days or this case will be dismissed with prejudice.

IT IS SO ORDERED this 17th day of February 2022.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE