IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| JOHN TYLER HERMAN | ) |
|---|---|
| 5 Trotters Lane | ) |
| McLoud, Oklahoma 74851 | ) |
| | ) CIVIL CASE NUMBER: CIV-21-1038-SLP |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| SIG SAUER, INC. | ) |
| 72 Pease Boulevard | ) |
| Newington, NH 03801 | ) |
| | ) |
| Defendant | ) |

### PLAINTIFF'S FINAL LIST OF EXPERT WITNESSES IN CHIEF

Plaintiff John Tyler Herman, by and through his attorneys of records, Richardson Richardson Boudreaux and Saltz Mongeluzzi Bendesky, presents his Final List of Expert Witnesses, as follows:

| No. | Name & Contact Information | Subject |
|---|---|---|
| 1. | Dr. David Cahn | Expert witness in Urology. See Rule 26 report to be provided to counsel. |
| 2. | Varsha Desai | Expert witness as a Certified Life Care Planner. See Rule 26 report to be provided to counsel. |
| 3. | Dr. Bill Vigilante | Expert witness in Human Factors. See Rule 26 report to be provided to counsel. |
| 4. | James Tertin | Expert Gunsmith Witness. See Rule 26 report to be provided to counsel. |

Plaintiff and Defendant have entered into an agreement that Plaintiff will provide Expert Witness reports within 10 days of November 4, 2022. In order to conform with the Court's Scheduling Order dated April 5, 2022 (Dkt. 44), Plaintiff is filing this list of expert witnesses in chief.

Dated this 4th day of November, 2022.

        Respectfully submitted,

        */s/ Colton L. Richardson*
        Colton L. Richardson, OBA # 33767
        Richardson Richardson Boudreaux
        7447 South Lewis Avenue
        Tulsa, Oklahoma 74136
        Telephone: (918) 492-7674
        Facsimile: (918) 493-1925

        LARRY BENDESKY
        ROBERT W. ZIMMERMAN
        DANIEL L. CEISLER
        PA Bar ID Nos. 51026/208410/326798
        Pro Hac Vice applications pending
        One Liberty Place, 52nd Floor
        1650 Market Street
        Philadelphia, PA 19103
        (215) 496-8282 (Telephone)
        (215) 496-0999 (Facsimile)

        ***ATTORNEYS FOR PLAINTIFF***

## **CERTIFICATE OF MAILING**

This is to certify that a true and correct copy of the foregoing document was forwarded by regular U.S. Mail, postage prepaid, this 4th day of November, 2022 to:

Lyndon W. Whitmire, OBA No. 17164
Justin G. Bates, OBA No. 33833
Corporate Tower, Thirteenth Floor
101 North Robinson Avenue
Oklahoma City, OK 73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
lwwhitmire@phillipsmurrah.com
jgbates@phillipsmurrah.com

Brian K Gibson
Robert L Joyce
Littleton Park Joyce Ughetta & Kelly LLP - PUCHASE
4 Manhattanville Road
Suite 202
Puchase, NY 10577
914-417-3400
keith.gibson@littletonpark.com
robert.joyce@littletonpark.com

Jonathan T Woy
Kristen E Dennison
Littleton Park Joyce Ughetta & Kelly LLP
201 King of Prussia Road
Suite 220
Radnor, PA 19087
jonathan.woy@littletonpark.com
kristen.dennison@littletonpark.com

*Attorneys for Defendant,*
*SIG SAUER, INC.*

/s/ Colton L. Richardson